Cook v. Railway and Bridge Co.

No. 20,890.

JOHN L. COOK, *Appellant*, v. THE LEAVENWORTH TERMINAL
RAILWAY AND BRIDGE COMPANY, *Appellee*.

OPINION DENYING A REHEARING.

HEADNOTE BY THE REPORTER.

SUPREME COURT OPINIONS—*How Prepared—Consultation of Judges.* No
opinion of the supreme court is published until after its text, cita-
tions, conclusions of fact and law, consistency and phraseology have
had careful and independent consideration by each justice separately,
and after it has had the approval of all the justices collectively in
protracted consultation.

Appeal from Leavenworth district court; JAMES H. WEN-
DORFF, judge. Opinion denying a rehearing filed July 13, 1917.
(For original opinion of affirmance see *ante*, p. 103.)

*Arthur M. Jackson,* of Leavenworth, for the appellant.

*A. E. Dempsey,* of·Leavenworth, for the appellee; *John Bar-
ton Payne,* ·of Chicago, Ill., of counsel.

The opinion of the court was delivered by

DAWSON, J.: All the matters urged in the petition for a
rehearing have been carefully considered by the court. They
suggest nothing necessitating amplification or qualification of
the opinion and judgment of the court as already rendered.

One matter, however, should be noticed. Counsel for ap-
pellant is in error in presuming that the opinion is merely
that of the justice who wrote it and that the case has been
slighted by the other justices—an error which is so common
among petitioners for a rehearing that it may be well to set
the matter right at this time.

The opinion has to be written by some one of the justices;
the seven justices could not well join their voices in dictating
to one stenographer, nor collaborate in the wielding of one pen.
But the opinion and decision are the work of· the entire court
arrived at after protracted consultation and independent con-
sideration. No more than the mere rhetorical phrasing can be
ascribed to the justice assigned to the task of setting down

on paper the court's opinion. He writes what he is directed by the court to write. Sometimes the justice assigned to the duty of writing the court's opinion does not agree with that opinion; if his misgiving about its correctness is very serious he may and sometimes does dissent, after faithfully setting down the opinion of the court. An individual justice has no choice of the cases assigned to him; they are assigned by the Chief Justice in rotation—a rotation which began a generation ago and which is not departed from merely because of personal reluctance of some justice to write the court's opinion in a particular case. And when an opinion is written, its text, citations, logic and consistency are invariably scrutinized and liberally criticised by all the other justices; and not infrequently an opinion is rewritten to conform to their suggestions.

A consideration of this should make it clear how far beside the mark are an attorney's doubts about a decision and opinion being a precise expression of the deliberate judgment of the entire court.

Rehearing denied.